**Wilson PARHAM, Appellant,**

v.

**LABOR & INDUSTRIAL RELATIONS COMMISSION, et al., Respondents.**

No. 51650.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 24, 1987.

Charles J. McMullin, St. Louis, for appellant.

Stephen M. Hereford, St. Louis, for respondents.

ORDER

PER CURIAM.

Employee appeals from the majority decision of the Labor and Industrial Relations Commission awarding employee no compensation. The award of the commission is supported by competent and substantial evidence on the record as a whole. An extended opinion would be of no precedential value and the final award of the Labor and Industrial Relations Commission is affirmed pursuant to Rule 84.16(b).